■ In the Matter of TRIZEC WESTERN, INC., as Successor in Interest to Beere Regis Joint Venture, et al., Respondents, v CITY OF NEW YORK et al., Appellants. — Order, Supreme Court, New York County (Alvin Klein, J.), entered on August 30, 1983, unanimously affirmed for the reasons stated by Alvin Klein, J., at Special Term on renewal and reargument, without costs and without disbursements. Concur — Carro, J. P., Asch, Bloom and Kassal, JJ.

■ NICOLE C. HUNT, an Infant, by Her Mother and Natural Guardian, LAURA O. HUNT, Respondent, v PERCY SUTTON, Appellant, et al., Defendant. — Order, Supreme Court, New York County (Robert White, J.), entered on June 6, 1984, unanimously affirmed, without costs and without disbursements. The time within which to submit to a blood test is hereby extended for a period of 30 days from the date of this court's order. No opinion. Concur — Sandler, J. P., Sullivan, Carro and Bloom, JJ.

■ BANCO DE CREDITO RURAL ARGENTINO, S. A., Appellant, v CREDIT SUISSE, Respondent. — Order, Supreme Court, New York County (Arthur Blyn, J.), entered on July 10, 1984, unanimously affirmed, for the reasons stated by Blyn, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Bloom and Kassal, JJ.